CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 31 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| CHUANCEY A. WILLIAMS,<br>Plaintiff, | Civil Action No. 7:08cv00061 |
| v. | **ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |
| JOHN M. JABE, et al.,<br>Defendants. | By: Samuel G. Wilson<br>United States District Judge |

Plaintiff Chauncey A. Williams brings this action, pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § § 2000cc et seq., alleging that the defendants violated the First and Fourteenth Amendments and RLUIPA by not allowing him to participate in congregational prayer following his evening mail on certain dates during Ramadan 2007. Both parties filed motions for summary judgment and the court referred the matter to United States Magistrate Judge Michael F. Urbanski for a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge subsequently filed a report, finding that Williams failed to demonstrate that the defendants violated his constitutional or statutory rights. Accordingly, the Magistrate Judge recommended that the court grant defendants' motion for summary judgment, deny plaintiff's motion for summary judgment, and dismiss this case. Neither party has filed objections. Having reviewed the Magistrate Judge's Report and Recommendation and pertinent portions of the record, the court agrees with the Magistrate Judge's recommendation.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's Report and Recommendation is **ADOPTED** in its entirety; defendants' motions for summary judgment (Docket No. 29) is **GRANTED**; plaintiff's motion for summary judgment (Docket No. 42) is **DENIED**; this case is **DISMISSED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order to the parties.

**ENTER:** This 31st day of December, 2008.

United States District Judge